Jodi A. McDougall, OSB No. 172703
E-mail: jmcdougall@cozen.com
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
*Attorney for Defendant Chubb*
*Indemnity Insurance Company*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BLAZE CONE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUBB INDEMNITY INSURANCE COMPANY,<br><br>    Defendant. | Case No.<br><br>[Removed from Multnomah County Circuit Court Case No. 25CV49222]<br><br>**DEFENDANT CHUBB INDEMNITY INSURANCE COMPANY'S NOTICE OF REMOVAL**<br><br>**[[28 U.S.C. §§ 1332 & 1441(b) (Diversity)]**<br><br>Complaint Filed:    September 5, 2025<br>Final Status Conference:    Not Set<br>Trial Date:    Not Set |

TO:    THE CLERK OF THE COURT

**PLEASE TAKE NOTICE THAT** Defendant Chubb Indemnity Insurance Company respectfully removes this action from the Multnomah County Circuit Court of the State of Oregon, where it is currently pending, to the United States District Court for the District of Oregon, Portland Division. This Notice is submitted pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446. Removal is proper for the following reasons:

## BACKGROUND

1.    On September 5, 2025, Plaintiff Blaze Cone Company filed a Complaint against Defendant Chubb Indemnity Insurance Company in the Multnomah County Circuit Court of the

State of Oregon. A true and correct copy of the Complaint is attached as Exhibit A to Declaration of Jodi A. McDougall ("McDougall Decl.). *See* McDougall Decl., ¶ 3, Ex. A.

2.      The Complaint alleges causes of action for (1) breach of contract; (2) breach of duty of good faith and fair dealing; (3) negligence per se; and (4) declaratory judgment arising out of an insurance coverage dispute. *See* McDougall Decl., ¶ 3, Ex. A.

## TIMELINESS OF REMOVAL

3.      On September 18, 2025, Defendant's counsel accepted service on behalf of the Defendant. A true and correct copy of the acceptance of service is attached as Exhibit B to the McDougall Decl. *See* McDougall Decl., ¶ 4, Ex. B.

4.      Plaintiff filed Summons with Multnomah County Circuit Court on September 18, 2025. *See* McDougall Decl., ¶, 5, Ex. C.

5.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because fewer than thirty (30) days have passed since Defendant received "through service or otherwise ... a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." *See* 28 U.S.C. 1446(b).

## JURISDICTIONAL BASIS FOR REMOVAL

6.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity between Plaintiff, on the one hand, and Defendant, on the other hand, and the amount in controversy exceeds $75,000, exclusive of interest and costs, and removal is appropriate pursuant to 29 U.S.C. § 1441(a).

## DIVERSITY OF CITIZENSHIP

7.      Defendant seeks to remove this case to federal court on the basis of complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332(c)(l). For purposes of

diversity jurisdiction, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business ...." 28 U.S.C. § 1332(c)(l).

8. Plaintiff is a corporation organized and existing under the laws of the State of Oregon with its principal place of business in Portland, Oregon. Thus, Plaintiff is a citizen of the state of Oregon for diversity purposes.

9. Defendant Chubb Indemnity Insurance Company is incorporated in New York with its principal place of business in New Jersey.

10. Because the Plaintiff and Defendant are citizens of different states, there is a complete diversity of citizenship for jurisdictional purposes.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and (3) because this is a civil action in which subject matter jurisdiction is founded only on diversity of citizenship and is brought in a judicial district in which Defendant is subject to personal jurisdiction.

12. This action filed in the United States District Court for the District of Oregon is proper under 28 U.S.C. §§ 1441(a) and 1446(a) because the Circuit Court of the State of Oregon for the County of Multnomah is located in the purview of the United States District Court for the District of Oregon.

## AMOUNT IN CONTROVERSY

13. In the Complaint, Plaintiff alleges, "as a direct and proximate result of Defendant's breach…Defendant has caused and continues to cause Plaintiff damages in an amount to be proven at trial but not less than $3,571,351.58." *See* McDougall Decl., ¶ 3, Ex. A, ¶¶ 95, 108.

14. Although Defendant denies that Plaintiff is entitled to recover additional policy benefits or other damages in any amount, the aggregate value of the claims and damages sought by Plaintiff is well in excess of $75,000 based upon the allegations in the Complaint.

15. As a result, the amount in controversy requirement of 28 U.S.C. ¶ 1332(a) is satisfied.

## CONSENT OF ALL DEFENDANTS

16. "When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A).

17. Here, the sole defendant, Chubb Indemnity Insurance Company, moves to remove this action to the United States District Court for the District of Oregon.

## ADDITIONAL PROCEDURAL MATTERS

18. The only pleading, the Plaintiff's Complaint, in the action pending in Multnomah County Circuit Court is attached to the McDougall Decl., Ex. A. A true and correct copy of the docket report in Multnomah County Circuit Court is attached as Exhibit D to the McDougall Decl. *See* McDougall Decl., ¶ 6, Ex. D.

19. Defendant has served written notice of this filing on counsel for Plaintiff as required by 28 U.S.C. § 1446(d). *See* McDougall Decl., ¶ 7, Ex. E.

20. After the filing of this Notice of Removal, Defendant will transmit a copy of this Notice of Removal to the Clerk of the Multnomah County Circuit Court of the State of Oregon, as required by 28 U.S.C. § 1446(d). *See* McDougall Decl., ¶ 6.

## NON-WAIVER OF DEFENSES

21. By removing this action from the Multnomah County Circuit Court of the State of Oregon, Defendant does not waive any defenses available to it or admit any of the allegations in Plaintiff's complaint. Further, Defendant reserves its rights to amend or supplement this Notice of Removal.

## CONCLUSION

22. Removal is proper in this case because Defendant has established that (1) Defendant's citizenship is completely diverse from Plaintiff's, and (2) the amount in controversy exceeds $75,000.

WHEREFORE, Defendant respectfully removes the above captioned action from the Multnomah County Circuit Court of the State of Oregon to the United States District Court for the District of Oregon, Portland Division.

DATED this 17th day of October, 2025.

COZEN O'CONNOR

By:  */s/ Jodi A. McDougall*
Jodi A. McDougall, OSB No. 172703
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Email: JMcDougall@cozen.com
*Attorney for Defendant Chubb Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system.

I further certify that the foregoing document was caused to be delivered via email and via messenger to Plaintiff's counsel of record:

> Seth H. Row, OSB No. 021845
> Stoel Rives LLP
> 760 SW Ninth Avenue, Suite 3000
> Portland, OR  97205Phone:  (503) 224-3380
> E-mail:  seth.row@stoel.com

DATED this 17th day of October, 2025.

> COZEN O'CONNOR
>
> By:     */s/ Jodi A. McDougall*
>           Jodi A. McDougall, OSB No. 172703